UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | : <br> : <br> : | CASE NO. 1:02-cv-367<br>(consolidated with 1:02-cv-359,<br>1:02-cv-388, 1:02-cv-431, and<br>1:02-cv-474) |
| V. | : <br> : | |
| REAL PROPERTY KNOWN AND<br>NUMBERED AS 2467 LEGENDS WAY,<br>CRESTVIEW HILLS, KENTON<br>COUNTY, KENTUCKY, WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON, et al.,<br>DEFENDANTS. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

## ORDER DISMISSING REAL PROPERTY KNOWN AND NUMBERED AS 988 APPLEBLOSSOM DRIVE, VILLA HILLS, KENTUCKY

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing real property known and numbered as 988 Appleblossom Drive, Villa Hills, Kenton County, Kentucky ("the subject real property"), which is further described as follows:

GROUP #: 5076
PIDN: 013-30-01-003.00

The real property is further described as:

Being all of Lot Three (3) in Seven (7) of The Orchard Subdivision, as shown on
Plat 1801 of the Kenton County Clerk's records at Covington, Kentucky.

The United States agreed to the sale of the subject real property by the former record owners, Marc C. Menne and Alice M. Menne.

No parties or entities have raised an objection to the United States' request for dismissal of the subject real property. Therefore, this Court hereby

DISMISSES the subject real property, under Fed.R.Civ.P. 41(a)(2), from this consolidated civil forfeiture action without prejudice.

_5/4/04_
Date

_____
S. Arthur Spiegel
SENIOR UNITED STATES DISTRICT JUDGE