## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | : <br> : <br> : | **CASE NO. 1:02-cv-367**<br>**(consolidated with 1:02-cv-359,** |
| V. | : <br> : | **1:02-cv-388, 1:02-cv-431, and**<br>**1:02-cv-474)** |
| REAL PROPERTY KNOWN AND<br>NUMBERED AS 2467 LEGENDS WAY,<br>CRESTVIEW HILLS, KENTON<br>COUNTY, KENTUCKY , WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON, et al.,<br>DEFENDANTS. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

## ORDER DISMISSING 1032 CEDAR BROOK DRIVE, VILLA HILLS, KENTON COUNTY, KENTUCKY

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing from this consolidated civil forfeiture action the real property known and numbered as 1032 Cedar Brook Drive, Villa Hills, Kenton County, Kentucky ("the subject property"). (Doc 171).

The United States has represented that a Notice of Lien and Release of Lis Pendens has been recorded on the subject property in conformity with the Consent Judgment of Forfeiture (Doc. 152) in this consolidated civil forfeiture case.

No persons other than Marc Menne and Alice Menne have claimed an interest in the subject property. Therefore, this Court hereby

DISMISSES the subject property, under Fed.R.Civ.P. 41(a)(2), from this consolidated civil forfeiture action without prejudice.

_9/28/06_
Date

S. Arthur Spiegel
SENIOR UNITED STATES DISTRICT JUDGE